**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                         :
                                                              :   Chapter 7
JOSEPH A. BROWN,                                              :
                                                              :   Case No. 20-36251 (CGM)
                          Debtor.                             :
---------------------------------------------------------------x
FRED STEVENS, as Chapter 7 Trustee of the Estate              :
of Joseph A. Brown,                                           :
                                                              :
                          Plaintiff,                          :
                                                              :   Adv. Pro. No. 21-09019-cgm
          -against-                                           :
                                                              :
JOSEPH A. BROWN,                                              :
                                                              :
                          Defendant.                          :
---------------------------------------------------------------x

## JUDGMENT BY DEFAULT AGAINST DEFENDANT JOSEPH A. BROWN

Default was entered against the above-captioned debtor and defendant Joseph A. Brown (the "<u>Defendant</u>") on August 6, 2021. Therefore, on motion of the plaintiff, Fred Stevens, as Chapter 7 trustee of the estate of Joseph A. Brown, judgment is entered against the Defendant in favor of plaintiff as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED THAT** the Defendant's discharge is hereby **DENIED** pursuant to 11 U.S.C. §§ 727(a)(3), (a)(4)(A) and (D), (a)(5), and (a)(6)(A).



**Dated: October 5, 2021**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**